[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 3, 2010
JOHN LEY
CLERK

No. 07-13366

_____

D. C. Docket No. 06-20182 CV-PAS

ALBERT HOLLAND, JR.,

Petitioner-Appellant,

versus

STATE OF FLORIDA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(August 3, 2010)**

**ON REMAND FROM THE
SUPREME COURT OF THE UNITED STATES**

Before EDMONDSON, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

The Supreme Court vacated our judgment in <u>Holland v. Florida</u>, 539 F.3d 1334 (11th Cir. 2008), and remanded for further consideration. <u>Holland v. Florida</u>, 130 S. Ct. 2549 (2010). We therefore remand this case to the district court for fact finding and further proceedings -- including, if it is necessary, an evidentiary hearing -- consistent with the Supreme Court's instructions.

**REMANDED**.